UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
MONROE DIVISION

MARITZA YANETH                    CIVIL ACTION NO. 3:26-CV-0019
MORALES RECINOS                        SECTION P

VS.

                                  JUDGE DAVID C. JOSEPH

KRISTI NOEM, ET AL.               MAGISTRATE JUDGE KAYLA D.
                                  MCCLUSKY

## JUDGMENT

The REPORT AND RECOMMENDATION [Doc. 30] of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Petitioner Maritza Yaneth Morales Recinos's claims that ICE arrested her without a warrant and without probable cause, claims of lack of notice concerning her removal hearing, and request for a stay of removal are **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that Petitioner's claim under *Zadvydas* is **DENIED AS PREMATURE** and **DISMISSED WITHOUT PREJUDICE** to her right to re-file the claim should her confinement become unconstitutional.

IT FURTHER IS ORDERED, ADJUDGED, AND DECREED that Petitioner's remaining claims are **DENIED** and **DISMISSED WITH PREJUDICE**.

THUS, DONE AND SIGNED in chambers on this 6th day of May 2026.

_____

DAVID C. JOSEPH
UNITED STATES DISTRICT JUDGE